UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BHAVDEEP SINGH, )<br>　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　)　No. 1:19-cv-431<br>-v- )<br>　　　　　　　　　　　　　　　　　)　Honorable Paul L. Maloney<br>MICHIGAN STATE UNIVERSITY, *et al.*, )<br>　　　　　　Defendants. )<br>　　　　　　　　　　　　　　　　　) | |

## JUDGMENT

The Court granted Defendants' motion to dismiss and has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: September 10, 2020　　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge